# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JACKIE M. LINDEN  
762 WEST PLEASANT  
FREEPORT, IL  61032  

SSN-xxx-xx-0608

Case Number: 04-74716

Case filed on: 9/23/2004  
Plan Confirmed on: 2/18/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $9,760.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 1,544.00 | 1,544.00 | 1,544.00 | 0.00 |
|  | Total Legal | 1,544.00 | 1,544.00 | 1,544.00 | 0.00 |
| 002 | EVERHOME MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | RBC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TRI-STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EASTERN COLLECTION CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDIT BUREAU CENTRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JACKIE M. LINDEN | 0.00 | 0.00 | 160.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 160.00 | 0.00 |
| 001 | EVERHOME MORTGAGE | 6,572.04 | 6,572.04 | 6,572.04 | 0.00 |
|  | Total Secured | 6,572.04 | 6,572.04 | 6,572.04 | 0.00 |
| 004 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CLAIMS ACCOUNTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FREEPORT HEALTH NETWORK | 2,196.42 | 2,196.42 | 229.51 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 2,771.01 | 2,771.01 | 289.56 | 0.00 |
| 014 | HIGHLAND COMMUNITY COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 851.79 | 851.79 | 89.01 | 0.00 |
| 017 | READERS DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STEPHENSON COUNTY HEALTH DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | THE MONROE CLINIC HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | AFNI/VERIZON | 331.98 | 331.98 | 34.69 | 0.00 |
| 024 | WATER & SEWER COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | TRI-STATE ADJUSTMENT | 145.00 | 145.00 | 15.15 | 0.00 |
| 026 | TRI-STATE ADJUSTMENT | 449.40 | 449.40 | 46.96 | 0.00 |
| 027 | TRI-STATE ADJUSTMENT | 1,305.60 | 1,305.60 | 136.43 | 0.00 |
|  | Total Unsecured | 8,051.20 | 8,051.20 | 841.31 | 0.00 |
|  | Grand Total: | 16,167.24 | 16,167.24 | 9,117.35 | 0.00 |

Total Paid Claimant:      $9,117.35  
Trustee Allowance:        $642.65  
Percent Paid Unsecured:      10.45  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan